UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, L.P., et al.<br><br>Plaintiffs<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION, et al.<br><br>Defendants | Case No. RDB 07 CV 1064 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs hereby dismiss their claims against the Defendants with prejudice, with all parties to bear their own costs.

**DONOVAN & RAINIE, LLC**

/s/ Daniel J. Donovan
Daniel J. Donovan (Bar #22661)
20 South Charles Street, Suite 300
Baltimore, MD 21201
(410) 685-8800
djd@donovanrainie.com

**Attorneys for Plaintiffs**

**DLA PIPER US LLP**

/s/ David Clarke, Jr.
David Clarke, Jr. (Bar #02177)
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000
david.clarke@dlapiper.com

**Attorneys for Defendants**

**APPROVED, this 13th day of May, 2008.**

_Richard D. Bennett_
**Richard D. Bennett
United States District Judge**

1

**ANTHONY OSTLUND BAER
LOUWAGIE & ROSS P.A.**

/s/ John B. Orenstein
John B. Orenstein
(admitted pro hac vice)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969
jorenstein@aoblr.com

**Attorneys for Plaintiffs**